UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| JAMIE MILTON, on behalf of herself and others similarly situated, ) ) ) | |
| Plaintiff ) ) | |
| vs. ) | CASE NO. 5:16-cv-00389-DCR |
| ) | |
| DENOVUS CORPORATION, LTD., ) ) | |
| Defendant ) | |

## NOTICE OF SETTLEMENT

The parties notify the Court that they have reached an agreement in principle to resolve this matter on an individual basis. Accordingly, the parties respectfully request that the Court vacate all deadlines and provide 30 days for the parties to finalize their settlement and file a stipulation of dismissal.

DATE: July 10, 2017

| | |
|---|---|
| /s/ Michael L. Greenwald<br>Michael L. Greenwald (*pro hac vice*)<br>Greenwald Davidson Radbil PLLC<br>5550 Glades Road<br>Suite 500<br>Boca Raton, FL 33431<br>561-826-5477<br>Fax: 561-961-5684<br>Email: mgreenwald@gdrlawfirm.com<br><br>*Counsel for Plaintiff* | /s/ William E. Smith, III  (by permission)<br>William E. Smith, III<br>*Kightlinger & Gray, LLP*<br>Bonterra Building, Suite 200<br>3620 Blackiston Boulevard<br>New Albany, IN 47150<br>Tel: (812) 949-2300<br>Fax: (812) 949-8556<br>E-mail: wsmith@k-glaw.com<br><br>*Counsel for Defendant*<br>*Denovus Corporation, Ltd.* |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was electronically filed on July 10, 2017, via the Court Clerk's CM/ECF system, which will provide notice to all counsel of record.

/s/ Michael L. Greenwald
Michael L. Greenwald